# **Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEY EUGENE MURPHY, JR.,<br><br>*Plaintiff*,<br><br>v.<br><br>ESSILORLUXOTTICA USA INC., LUXOTTICA OF AMERICA INC., LUXOTTICA RETAIL NORTH AMERICA INC., MACY'S, INC., KIMCO REALTY CORPORATION, THOMAS STITES, GREYSI NAYELI RODRIGUEZ BONILLA, and ANTHONY PFLEGER,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _______________<br>**Jury Trial Requested**<br><br>(Removed from the 125th Judicial District Court of Harris County, Texas, Cause No. 2024-03265) |

**<u>DEFENDANTS' NOTICE OF CONSENT TO REMOVAL</u>**

Defendants EssilorLuxottica USA Inc., Luxottica of America Inc., Luxottica Retail North America Inc., Thomas Stites, and Greysi Nayeli Rodriguez Bonilla (collectively, "Defendants") file this consent to removal under 28 U.S.C. § 1446(b)(2):

1. On January 18, 2024, Plaintiff Harvey Eugene Murphy, Jr. ("Plaintiff"), sued Defendants, Macy's, Inc., Kimco Realty Corporation, and Anthony Pfleger in the 125th Judicial District Court of Harris County, Texas, Cause No. 2024-03265, for alleged malicious prosecution, false imprisonment, negligence, and gross negligence.

2. Defendants EssilorLuxottica USA Inc., Luxottica of America Inc., and Luxottica Retail North America Inc.[7] were served with Plaintiff's lawsuit on February 2, 2024.

3. Defendant Thomas Stites was served with Plaintiff's lawsuit on January 31, 2024.

4. Defendant Greysi Nayeli Rodriguez Bonilla has not been served with Plaintiff's

[7] Although named by Plaintiff as a defendant, Luxottica Retail North America Inc. does not have legal capacity to be sued because it does not exist as a separate legal entity or corporation. Instead, Luxottica of America Inc. was formerly known as Luxottica Retail North America Inc.

lawsuit but filed an answer in the state-court action on February 26, 2024.

5. On March 4, 2024, Defendant Anthony Pfleger filed a notice of removal to federal court.

6. Defendants agree with the notice of removal and consent to removal of this lawsuit to federal court.[8]

Dated: March 4, 2024

Respectfully submitted,

*/s/ Susan L. Bickley*

Susan L. Bickley
Texas State Bar No. 02298150
Southern District of Texas Bar No. 6869
Email: susan.bickley@blankrome.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS, ESSILORLUXOTTICA USA INC., LUXOTTICA OF AMERICA INC. F/K/A LUXOTTICA RETAIL NORTH AMERICA INC., THOMAS STITES, GREYSI NAYELI RODRIGUEZ BONILLA, AND ANTHONY PFLEGER

OF COUNSEL:

Robert P. Scott
Texas State Bar No. 17911800
Southern District of Texas Bar No. 3085
Email: bob.scott@blankrome.com
Neil F. Young
Texas State Bar No. 24121218
Southern District of Texas Bar No. 3635269
Email: neil.young@blankrome.com
BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605

[8] Consent of Defendants Thomas Stites and Greysi Nayeli Rodriguez Bonilla is not necessary because they have not been properly joined, as discussed in Defendant Anthony Pfleger's Notice of Removal, incorporated herein by reference. However, they consent to removal in any event.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEY EUGENE MURPHY, JR.,<br><br>*Plaintiff*,<br><br>v.<br><br>ESSILORLUXOTTICA USA INC., LUXOTTICA OF AMERICA INC., LUXOTTICA RETAIL NORTH AMERICA INC., MACY'S, INC., KIMCO REALTY CORPORATION, THOMAS STITES, GREYSI NAYELI RODRIGUEZ BONILLA, and ANTHONY PFLEGER,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. ______________<br>**Jury Trial Requested**<br><br>(Removed from the 125th Judicial District Court of Harris County, Texas, Cause No. 2024-03265) |

**<u>DEFENDANT KIMCO REALTY'S CONSENT TO REMOVAL</u>**

Kimco Realty OP LLC f/k/a Kimco Realty Corporation hereby consents to the removal of the above suit from the 125th Judicial District Court of Harris County, Texas, Cause No. 2024-03265 to the United States District Court for the Southern District of Texas, Houston Division.

Dated: March 4, 2024

Respectfully submitted,

Glenn Brett
________________________

Glenn Brettschneider
Counsel – General Liability
Kimco Realty Corp.
500 North Broadway, Suite 201
Jericho, NY 11753