IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEY EUGENE MURPHY, JR., <br><br>*Plaintiff*, <br><br>v. <br><br>ESSILORLUXOTTICA USA INC., LUXOTTICA OF AMERICA INC., LUXOTTICA RETAIL NORTH AMERICA INC., MACY'S, INC., KIMCO REALTY CORPORATION, THOMAS STITES, GREYSI NAYELI RODRIGUEZ BONILLA, and ANTHONY PFLEGER, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § | C.A. NO. 4:24-cv-00801 <br>(Removed from the 125th Judicial District Court of Harris County, Texas, Cause No. 2024-03265) |

## DEFENDANTS' SUR REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Defendants, EssilorLuxottica USA Inc., Luxottica of America Inc. f/k/a Luxottica Retail North America Inc., Thomas Stites ("Stites"), Greysi Nayeli Rodriguez Bonilla ("Rodriguez"), and Anthony Pfleger ("Pfleger") (collectively, "Defendants") file this Sur-Reply in opposition to Plaintiff Harvey Euguene Murphy, Jr.'s ("Plaintiff's") Motion to Remand (Dkt. 17) ("Motion") and would show:

1. Defendants will not reargue legal or factual points previously made in their Response, but rather, file this Sur Reply to address two erroneous arguments made in Plaintiff's May 23, 2024 Reply Brief:

    a. First, Plaintiff mistakenly urged the Court to conduct its Rule 12(b)(6)-type analysis under *Smallwood* using the Texas fair-notice pleading

standard.[1] The cases that Plaintiff cited, however, all have been overruled by the Fifth Circuit. The Court in *International Energy Ventures Management, L.L.C. v. United Energy Group, Ltd.*, 818 F.3d 193, 208 (5th Cir. 2016), held unequivocally that "[a] federal court must apply the federal pleading standard" when conducting a *Smallwood* analysis. *Id.* (emphasis added). It is indisputable that the Court should analyze Plaintiff's improper joinder of Stites and Rodriguez using the federal pleading standards set forth in *Twombly* and *Iqbal*.

b. Second, Defendants did not ignore any "withholding material information" component of the relevant analysis. In that context, Plaintiff's pleadings must allege facts showing that any alleged withholding by Rodriquez was "deliberate" and related to a material/exculpatory fact—this is equivalent to the "knowing" element discussed in the Response. That Rodrquez's conduct was "knowing" and/or any alleged failure to disclose was deliberate and concerned a material exculpatory fact is precisely what is entirely missing from Plaintiff's pleadings. Plaintiff's own response confirms this essential element:[2]

> - **Malice**: "[T]endering false information, or ==deliberately concealing== or ==deliberately failing to disclose== exculpatory information, can give rise to an inference that the defendant acted with malice in initiating or maintaining a prosecution." *Lewis v. Cont'l Airlines, Inc.*, 80 F. Supp. 2d 686, 700 (S.D. Tex. 1999); *Martin v. Thomas*, 973 F.2d 449, 457 (5th Cir.1992).

---

[1] Reply at 5-8.

[2] *Id.* at 3. Plaintiff's pleadings contain no allegations of any "deliberate" failure to disclose by Rodriguez, much less any allegations relating to a material exculpatory fact. Again, Plaintiff attempts through his Motion and Reply to add allegations not included in his Petition. Plaintiff alleges only that Rodriquez failed to disclose that she spoke to EssilorLuxocitta's loss prevention personnel prior to the line-up—not that this was a deliberate or knowing failure, a knowingly misidentification of Plaintiff, or that what she supposedly discussed was material or exculpatory in any way. This "knowing" and "deliberate" element so necessary to these particular causes of action is entirely absent from Plaintiff's pleadings against Rodriguez and Stites.

2

As Defendants stated in their Response, Plaintiff's failure to plead "knowing" or "deliberate" conduct as well as the other necessary elements entirely precludes him from proving a malicious prosecution or false imprisonment claim against Rodriguez in state court, and there is no general negligence claim available in this context.

Dated: May 31, 2024                                                          Respectfully submitted,


                                                                              /s/ *Susan L. Bickley*
                                                                             Susan L. Bickley
                                                                             Texas State Bar No. 02298150
                                                                             Southern District of Texas Bar No. 6869
                                                                             Email: susan.bickley@blankrome.com

                                                                             ATTORNEY-IN-CHARGE FOR
                                                                             DEFENDANTS, ESSILORLUXOTTICA USA
                                                                             INC., LUXOTTICA OF AMERICA INC. F/K/A
                                                                             LUXOTTICA RETAIL NORTH AMERICA
                                                                             INC., THOMAS STITES, GREYSI NAYELI
                                                                             RODRIGUEZ BONILLA,
                                                                             AND ANTHONY PFLEGER


OF COUNSEL:

Robert Scott
Texas State Bar No. 17911800
Southern District of Texas Bar No. 3085
Email: bob.scott@blankrome.com
Neil F. Young
Texas State Bar No. 24121218
Southern District of Texas Bar No. 3635269
Email: neil.young@blankrome.com
BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605

## CERTIFICATE OF SERVICE

    I certify that on May 31, 2024, a true and correct copy of the foregoing instrument was served upon the following counsel in compliance with the Federal Rules of Civil Procedure:

Rusty Hardin
Daniel R. Dutko
Leah Graham
Ryan Higgins
RUSTY HARDIN & ASSOCIATES LLP
5 Houston Center
1400 McKinney Street, Suite 2250
Houston, Texas 77010
Tel: (713) 652-9000
rhardin@rustyhardin.com
ddutko@rustyhardin.com
lgraham@rustyhardin.com
rhiggins@rustyhardin.com

ATTORNEYS FOR PLAINTIFF,
HARVEY EUGENE MURPHY JR.

Darrell L. Barger
Patrick J. Stoia
HARTLINE BARGER L.L.P.
1980 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
Tel: (713) 759-1990
dbarger@hartlinebarger.com
pstoia@hartlinebarger.com

ATTORNEYS FOR DEFENDANT,
KIMCO REALTY CORPORATION

                                         */s/ Susan L. Bickley*
                                         Susan L. Bickley