United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEY EUGENE MURPHY, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:24−cv−00801 |
| | § | |
| ESSILORLUXOTTICA USA INC.,, et al. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER REFERRING CASE

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non−dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for Report and Recommendation to this Court.

All trial deadlines before this Court shall remain in effect.

Signed the 18th of June 2024.

_____
George C. Hanks, Jr.
United States District Judge