# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

HARVEY EUGENE MURPHY, JR.

v.                                                                 Case Number: 4:24–cv–00801

ESSILORLUXOTTICA USA INC., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/10/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

RE: Order for Initial Conference – FORM – #3

Date:   July 5, 2024                                              Nathan Ochsner, Clerk